# United States District Court

FILED
MAR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA  
v.  
**GERBER CALDERON**  
a/k/a NOEL GERARDO CAMACHO OQUENDO  

(Name and Address of Defendant)

Venue: SAN FRANCISCO

**CRIMINAL COMPLAINT**

CASE NUMBER: 3  08  70187 JCS

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about September 27, 2007, in Marin County, in the Northern District of California, the defendant did, willfully and knowingly make a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws in violation of Title 18 United States Code, Section 1542, <u>False Statement in a Passport Application</u>.

I further state that I am a <u>Special Agent</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:  
Title 18 USC Section 1542:  
10 years of imprisonment; $250,000 fine; 3 years supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____  
AUSA Owens

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Arrest Warrant Requested: ☒ Yes ☐ No  
Bail Amount: ___

_____  
Signature of Complainant, William Alfano

Sworn to before me and subscribed in my presence,

March 28, 2008                               at  San Francisco, California  
Date                                              City and State

**Joseph C. Spero**  
**United States Magistrate Judge**                _____  
Name & Title of Judicial Officer                   Signature of Judicial Officer

| | |
|---|---|
| UNITED STATES DISTRICT COURT ) | |
| ) | ss. AFFIDAVIT |
| NORTHERN DISTRICT OF CALIFORNIA ) | |

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
CHARGING Gerber CALDERON
A/K/A Noel Gerardo Camacho OQUENDO
WITH VIOLATING 18 U.S.C. § 1542;
FALSE STATEMENT IN APPLICATION FOR A PASSPORT

I, William Alfano, being duly sworn, depose and state:

*Affiant Background*

1. I am a Special Agent employed by the Diplomatic Security Service (DSS) which is an agency of the United States State Department. DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate passport fraud and to apply for and serve arrest warrants.

2. I have a bachelor's degree from the University of California and am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have been employed by DSS since September 2006, and have received and receive, on an ongoing basis, training in the laws, rules and regulations concerning passports.

*Purpose of Affidavit*

3. This affidavit establishes probable cause to arrest Gerber CALDERON, for False Statement in Application for a Passport, in violation of 18 U.S.C. § 1542, when he applied for a passport and falsely stated his name was Noel Gerardo Camacho OQUENDO, when his true name is Gerber CALDERON.

4. This affidavit is based in part upon my personal knowledge, interviews, and the review of various records and documents obtained during this investigation. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause. It does not include each and every fact of this investigation, however, no detail or fact that would potentially negate probable cause has been excluded.

*Relevant Statute*

5. The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a United States passport must complete and submit an application to the

State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license and Social Security Number, with their application. Another rule allows officers at United States Post Offices to accept passport applications, and to then forward them to the State Department for processing.

6. Title 18 U.S.C. § 1542 states, in pertinent part, "Whoever willfully and knowingly makes any false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for their own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws…shall be fined under this title…or imprisoned not more than 10 years…or both." Title 18 U.S.C. § 3291 provides for a ten year statute of limitations for passport offenses.

*Facts Supporting Probable Cause*

7. On or about September 20, 2007, Gerber CALDERON ("CALDERON") submitted a DS-11 application for a United States Passport (No. 501006450) at the San Rafael Post Office, which is located in the Northern District of California. CALDERON listed his name in the passport application as Noel Gerardo Camacho OQUENDO. The application included a photograph and Social Security Number (ending in digits 9487). As proof of citizenship and identity, CALDERON enclosed a California identification card (No. D7571110) and a Puerto Rican birth certificate (No. D0879388). During the processing of this application, it was identified as possibly being submitted by an imposter. CALDERON's application was referred to DSS for criminal investigation.

8. On March 19, 2008, the Department of Health, Demographic Registry of Puerto Rico provided me with a current copy of the true Noel Gerardo Camacho OQUENDO's Puerto Rican Demographic Registry record which verifies his parents' names and date of birth, reflecting the names used on CALDERON's DS-11 passport application. The records also stated that the Noel Gerardo Camacho OQUENDO was married, contradicting CALDERON's statement on his passport application.

9. On March 27, 2008, DSS SA Jeffrey Dubsick and I interviewed the person purporting to be Noel Gerardo CAMACHO OQUENDO at 445 Ignacio Blvd., Novato, CA. This person identified a copy of passport application (No. 501006450) in the name of Noel Gerardo Camacho OQUENDO as one he had submitted in order to obtain a United States passport, and told us the following, in sum and substance: his true name is Gerber CALDERON; he was born in Guatemala, on May 21, 1982, to Lucilia Gramayo and Gabino Calderon; he purchased a Puerto Rico Certificate of Birth and a Social Security card in the name of Noel Gerardo Camacho OQUENDO for $1,000 in Ohio, which he later used to obtain a California Driver's license. In comparing Gerber CALDERON to the person in the photograph submitted as part of the passport application, I recognize that the persons are one and the same.

*Conclusion*

5. Based on the facts and information detailed in the affidavit, I believe probable cause exists that Gerber CALDERON made False Statements in Application for a Passport, in violation of 18 U.S.C. § 1542, when he falsely stated his name was Noel Gerardo Camacho OQUENDO on the aforementioned passport application submitted at the San Rafael Post Office in the Northern District of California. As such, I respectfully request a warrant for his arrest.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information and belief.

William L. Alfano
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
ON March 28, 2008

THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge
Northern District of California