JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:      (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>GERBER CALDERON,<br>  a/k/a Noel Gerardo Camacho Oquendo<br>    Defendant. | No. CR 08-70187<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Tarek J. Helou, Assistant United States Attorney, and to withdraw the appearance of Derek R. Owens, the Assistant United States Attorney who was previously assigned to represent the United States in this case.  The Clerk is requested to change the docket sheet and other Court records to reflect that all future Orders and communications from the Court will be directed to AUSA Helou at the above mailing address, telephone number, facsimile number, and e-mail

CR 08-70187
NOT. SUBSTITUTION COUNSEL            1

1  address.

2      Please also take notice that, from the date of this request, service on the United States of
3  America should be made on AUSA Helou only.  Please amend your service lists accordingly.

4

5  DATED: April 2, 2008　　　　　　　　　　Respectfully submitted,

6  　　　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　　United States Attorney
7

8
　　　　　　　　　　　　　　　　　　　　_____
9  　　　　　　　　　　　　　　　　　　　　TAREK J. HELOU
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR 08-70187
NOT. SUBSTITUTION COUNSEL　　　　　　2